UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| In Re: | ) | Action No. 2:13 cr 98 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| IRFAN M. JAMEEL | ) | NOTICE OF APPEAL |
| | ) | |
| APPELLANT | ) | |
| | ) | |

Notice is hereby that Irfan M. Jameel, Appellant in the above named case, United States of America v. Irfan M. Jameel, hereby appeals to the **United States Court of Appeals for the Fourth Circuit** from the Appealable Interlocutory Order granting Defense counsel's Motion to Withdraw entered in this action on the **24**th day of January, **2014. By February 7, 2014, or soon thereafter, an Omnibus Motion shall follow this Notice of Appeal. The subject matter of this Omnibus Motion attached to this Notice of Appeal.**

Dated this 4th day of February 2014.

/s/ *Irfan M Jameel*
Irfan M. Jameel, M.D.
APPELLANT, Pro se
1116 Zamani Court
Virginia Beach, Virginia 23455
E-mail: irfanmjameel@gmail.com
Direct: 757-619-3475
Office: 561-200-8801
Fax: 703-988-2446


ACTION NO. 2:13 cr 98

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing

(1) __NOTICE OF APPEAL & OMNIBUS MOTION__ was mailed this

(2) __4th__ day of (3) __FEBRUARY__, to (4) __2014__ at

(5) __U.S. ATTORNEY, NORFOLK__

_____
(Your Signature)

ATTACHMENT TO NOTICE OF APPEAL

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| In Re: | ( ) | Action No. 2:13 cr 98 |
| UNITED STATES OF AMERICA | ( ) | |
| v. | ( ) | |
| IRFAN M. JAMEEL | ( ) | NOTICE OF APPEAL AND |
| APPELLANT | ( ) | OMNIBUS MOTION *Subject Matter only* |

APPELLANT'S NOTICE OF APPEAL AND AN OMNIBUS MOTION PURSUANT TO RULES 3 AND 4(b)(1)(A)(i) OF THE FEDERAL RULES OF APPELLATE PROCEDURES COVERING THE FOLLOWING ISSUES:

(1) MOTION FOR AN APPROPRIATE LEGAL REPRESENTATION INCLUDING APPOINTMENT OF EXPERT WITNESSES

(2) MOTION FOR A BROADER DISCOVERY OF FACT AND MATERIAL EVIDENCE RELATED TO THE APPELLANT'S CRIMINAL DEFENSE

(3) MOTION TO PRESERVE THE APPELLANT'S LEGAL RIGHTS AND DECLARATION OF INTENT TO REQUEST JUDICIAL NOTICE(S) OF ADJUDICATIVE FACTS PURSUANT TO RULE 201 OF THE FEDERAL RULES OF EVIDENCE

(4) MOTION TO PRESERVE THE APPELLANT'S LEGAL RIGHTS AND DECLARATION OF INTENT TO REQUEST JUDICIAL NOTICE(S) OF LEGISLATIVE FACTS

(5) JUDICIAL NOTICE OF MATTERS OF FOREIGN LAW, INCLUDING INTERNATIONAL LAW, PURSUANT TO RULE 26.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

(6) INITIAL MOTION FOR STAY OR INJUNCTION PENDING APPEAL, AND

(7) MOTION FOR A FEE WAIVER FOR APPEAL OR ALTERNATIVELY MOTION FOR THE COURT TO PAY THE COURT COSTS