# ARRAIGNMENT/DETENTION MINUTES:

| | | | |
|---|---|---|---|
| Time Set: | 9:00 a.m. | Date: | 2/12/2014 |
| Started: | 9:18 aM | Presiding Judge: | Douglas E. Miller |
| Ended: | 9:22 aM | Courtroom Deputy: | Cristi Dodge |
| | | Reporter: | Jami Tichenor, OCR |
| Split Time: | | U.S. Attorney: | Bob Krask, AUSA |
| | | Defense Counsel: | James Theuer |
| Case Number: | 2:13cr98 | ( ) Retained ( x ) Court appointed ( ) AFPD | |
| Defendant: | Irfan M. Jameel | Interpreter: | |

**INITIAL APPEARANCE:**
( ) Indictment
( ) Supervised Release
( ) Probation
( ) Pretrial Violation

**COUNSEL:**

( ) Court explained right to counsel
( ) Counsel waived
( ) Counsel desired.
( ) Affidavit executed and filed in open court
( ) Court directed appointment of counsel
( ) Defendant ordered to pay $_____
   beginning _____ and each month thereafter
   until paid in full

**ARRAIGNMENT:** △ previously arraigned
( ) Defendant formally arraigned — new trial
( ) Defendant waived formal arraignment date
( ) Defendant entered plea of guilty   to be
( ) Defendant entered plea of not guilty  set
( ) Jury demanded
( ) Jury Waived   due to
( ) Jury waiver executed and filed  Subst. of
(X) Preliminary motions deadline, new counsel
( ) Response motions deadline 2/1/14
(X) TRIAL ( ) SRVH ( ) PVH set on 6/3/14 @ 10 aM  before HCM  (X) Norfolk ( ) Newport News

**DETENTION:**
( ) Detention Hearing ( ) Held ( ) Waived
( ) Government motion for detention:
( ) Granted( ) Denied ( ) Motion to Withdraw
( ) Detention Ordered ( x ) Remanded
( ) Bond set _____
( ) Special Conditions of Release
(X) Defendant continued on previous bond
( ) Additional Conditions of Release
( ) Defendant failed to appear
( ) Government motion for warrant -Granted

**ORDERS:**
(X) Agreed Discovery/Protective Order Entered

**PRELIMINARY HEARING:**
( ) Preliminary Hearing ( ) Held ( ) Waived
( ) Defendant stipulated to probable cause
( ) Court finds probable cause
( ) Defendant held for Grand Jury

**SPEEDY TRIAL:**
(X) By agreement of all parties, due to the complexity of the case and/or in the interest of justice, pursuant to 18 USC 3161(h), speedy trial is waived

**APPEARANCE AT PRELIMINARY HEARING:**
( ) Court inquired as to whether defendant wishes appear at preliminary hearing.
( ) Waiver of Appearance executed
( ) Arraignment: _____

( ) SRV/Probation Hearing: _____
( ) _____
( ) _____
( ) _____

**SPEEDY TRIAL:**
( ) The defendant requested time to file pretrial motions. The court granted this motion under 18 U.S.C. 3161(h)(7) and <u>Bloate v. U.S.</u>, 2010 WL 757660 (U.S.) and finds that the ends of justice are served by granting this request which outweighs the best interest of the public and the defendant in a speedy trial and the time period from the arraignment to the motions deadline of _____ is excluded under the Speedy Trial Act.