# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| In Re: ) | Action No. 2:13 cr 98 |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| IRFAN M. JAMEEL ) | NOTICE OF APPEAL |
| ) | |
| APPELLANT ) | |
| ) | |

Notice is hereby that Irfan M. Jameel, Appellant in the above named case, **United States of America v. Irfan M. Jameel,** hereby appeals to the **United States Court of Appeals for the Fourth Circuit** from the Appealable Interlocutory ORDER AND OPINION regarding Defense counsel's Motion to Withdraw pursuant to United States v. Mullen, 32 F.3d 891 (4th Cir. 1994) Case Law, ECF No. 71, entered in this action on the **5th** day of **February, 2014.**

Dated this **19th** day of **February 2014**.

/s/ _Irfan M. Jameel_
Irfan M. Jameel, M.D.
APPELLANT, Pro se
1116 Zamani Court
Virginia Beach, Virginia 23455
E-mail: irfanmjameel@gmail.com
Direct: 757-619-3475
Office: 561-200-8801
Fax: 703-988-2446

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Notice of Appeal and attached Omnibus Motion (Subject Matter Only) was mailed this **19th** day of **February, 2014**
To the following recipient:

United States Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510


/s/ *Irfan M. Jameel*
Irfan M. Jameel, M.D.
APPELLANT, Pro se
1116 Zamani Court
Virginia Beach, Virginia 23455
E-mail: irfanmjameel@gmail.com
Direct: 757-619-3475
Office: 561-200-8801
Fax: 703-988-2446